# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2150EM
NO. 98-1007EM

_____

Charles R. Buchek,                          *
                                            *
                        Appellant,          *      Appeal from the United States
                                            *      District Court for the Eastern
        v.                                  *      District of Missouri.
                                            *
Monsanto Company,                           *          [UNPUBLISHED]
                                            *
                        Appellee.           *

_____

Submitted: August 7, 1998
Filed: August 14, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Charles R. Buchek appeals the district court's adverse grant of summary judgment in Buchek's employment discrimination action and the district court's award of costs to Monsanto Company. After careful review of the record and the parties' briefs, we conclude the district court correctly granted judgment in favor of Monsanto Company. We also conclude the district court's decision to award costs was not an abuse of discretion. See Bathke v. Casey's Gen. Stores, Inc., 64 F.3d 340, 347 (8th Cir. 1995) (standard of review). We deny the parties' motions on appeal. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.